**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JENIPHER OWUOR, CHARLES OWUOR,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-815** |
| | : | |
| **SUNNYMAC, LLC, JK RENEWABLES, LLC, MATTHEW MACFADDEN, SUNSTRONG CAPITAL HOLDINGS, LLC** | : | |

# ORDER

**AND NOW**, this 23rd day of July 2026, it is **ORDERED** we **dismiss** Count I of the amended complaint without prejudice for the reasons explained in the accompanying memorandum. Without the FCRA count, there is no remaining basis for federal subject matter jurisdiction. Nor is there complete diversity in the case, because the most recent disclosures from SunStrong Capital Holdings, LLC indicate that SunStrong is a citizen of Pennsylvania. Therefore, we are inclined to remand the case to the Court of Common Pleas of Montgomery County. No later than **July 30, 2026**, plaintiffs shall file a letter indicating whether they intend to file a second amended complaint that would attempt to address the deficiencies in the FCRA count or stand on their amended complaint.[1] Plaintiffs shall also state their views on a potential remand. By that same date, any defendant may also file a letter stating its views on a potential remand.

**MURPHY, J.**

[1] It is not at all apparent what amendment plaintiffs could make to alter the outcome, but we hope to be double-sure rather than dismiss with prejudice outright.