**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JENIPHER OWUOR, CHARLES OWUOR,** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 26-815** |
| **SUNNYMAC, LLC, JK RENEWABLES, LLC, MATTHEW MACFADDEN, SUNSTRONG CAPITAL HOLDINGS, LLC** | : | |

## ORDER

**AND NOW**, this 10th day of August 2026, upon considering defendants' motion to dismiss (DI 19), and plaintiffs' second amended complaint (DI 61), it is **ORDERED** defendants' motion to dismiss (DI 19) is **DENIED**.[1] Defendants shall file responses to the second amended complaint (DI 61) no later than **August 21, 2026**.

**MURPHY, J.**

[1] The motion to dismiss (DI 19) was granted in part as provided by order and memorandum on July 23, 2026 (DI 57, 58).