**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENIPHER OWUOR and CHARLES OWUOR,<br><br>Plaintiffs,<br><br>v.<br><br>SUNNYMAC, LLC, JK RENEWABLES, LLC, MATTHEW MACFADDEN, and SUNSTRONG CAPITAL HOLDINGS, LLC,<br><br>Defendants. | : | Case No. 2:26-cv-00815 |

**MOTION OF DEFENDANTS SUNNYMAC, LLC AND MATTHEW MACFADDEN**
**TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants SunnyMac, LLC and Matthew Macfadden (collectively, "SunnyMac Defendants"), hereby move to dismiss Plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The SunnyMac Defendants submit the accompanying Memorandum of Law in support of this motion to dismiss.

Respectfully submitted,

/s/ Christopher A. Reese

Dated: August 20, 2026

Eric M. Hurwitz
Christopher A. Reese
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
F: (215) 564-8120
E: ehurwitz@stradley.com,
creese@stradley.com

*Attorneys for Defendants*
*SunnyMac, LLC and Matthew Macfadden*