**CERTIFICATE OF SERVICE**

I, Christopher A. Reese, hereby certify that on August 20, 2026, I caused the foregoing Motion to Dismiss for Failure to State a Claim and supporting Memorandum of Law to be filed with the Court and served via the Court's ECF system.

*/s/ Christopher A. Reese*
Christopher A. Reese