**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENIPHER OWUAR and CHARLES OWUOR,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SUNNYMAC, LLC; JK RENEWABLES, LLC; MATTHEW MCFADDEN; and SUNSTRONG CAPITAL HOLDINGS, LLC,**<br><br>**Defendants.** | **Civil Action No. 2:26-cv-00815-JFM** |

**CERTIFICATE OF SERVICE**

I, Sarah Connor, Esquire, hereby certify that I caused to be served a true and correct copy of the foregoing Answer to Plaintiffs' Second Amended Complaint was served via electronic court filing notification this 21st of August 2026 to:

Cary L. Flitter, Esquire
Andrew M. Milz, Esquire
Jody Thomas Lopez-Jacobs, Esquire
Edward M. Flitter, Esquire
Flitter Milz, PC
450 N. Narberth Avenue, Suite 101
Narbeth, PA 19072
cflitter@consumerlaw.com
amilz@consumerlaw.com
jlopez@consumerlaw.com
eflitter@consumerlaw.com
*Attorneys for Plaintiff*

Christopher A. Reese, Esquire
Eric M. Hurwitz, Esquire
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002

creese@stradley.com
ehurwitz@stradley.com
*Attorneys for Defendant Sunnymac, LLC*

**Wood, Smith, Henning & Berman, LLP**

*/s/ Sarah Connor*

By: ______________________________
Sarah E. Connor, Esquire
Lauren E. Vicencio, Esquire
Attorney ID Nos.: 326802/330252
1760 Market Street, Suite 1001
Philadelphia, PA 19103
(215) 709-2250
sconnor@wshblaw.com
lvicencio@wshblaw.com